```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 32531
    LAYFONZA THOMAS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1237

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/17/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/31/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  UNSEC W/INTER  NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER  NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER  NOT FILED            .00            .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE    13189.33           .00      13189.33
HOMECOMINGS FINANCIAL     CURRENT MORTG        .00            .00            .00
CITY OF CHICAGO WATER DE  SECURED            300.00           .00         174.75
AT&T WIRELESS             NOTICE ONLY    NOT FILED            .00            .00
CITIMORTGAGE INC          CURRENT MORTG        .00            .00            .00
CITIMORTGAGE INC          SECURED NOT I        .00            .00            .00
CITIMORTGAGE INC          FILED LATE           .00            .00            .00
LEHMAN & FOX              DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                         907.92
DEBTOR REFUND             REFUND                                           12.21

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 16,484.21

PRIORITY                                       .00
SECURED                                  13,364.08
UNSECURED                                      .00
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                        907.92
DEBTOR REFUND                                12.21
                        ---------------   ---------------
TOTALS                  16,484.21         16,484.21
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 32531 LAYFONZA THOMAS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                              PAGE   2
         CASE NO. 05 B 32531 LAYFONZA THOMAS
```